| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ericksen, Joan N. | 2. Court or Organization<br><br>U.S. District Court - Minnesota | 3. Date of Report<br><br>04/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>12W United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past President | Federal Bar Association, Minnesota Chapter |
| 2. | Committee Member | NCBE, Multistate Bar Drafting Committee |
| 3. | President | Jimmie V. Reyna Intellectual Property Inn of Court |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Minnesota State Judge Retirement Plan - Former Employer - No Control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. May 2015 | NCBE | $3,500.00 |
| 2. Nov 2015 | NCBE | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Ameriprise Money Market (AIMMA) | A | Interest | K | T | | | | | |
| 2. | Columbia Acorn Intl Cl A (LAIAX) | A | Int./Div. | K | T | | | | | |
| 3. | Columbia Floating Rate Cl A (RFRAX) | A | Int./Div. | J | T | | | | | |
| 4. | Columbia Floating Rate Cl A (RFRAX) | | | | | Sold | 05/13/15 | K | A | |
| 5. | Credit Suisse Commodity Return Strategy Cl A (CRSAX) | A | Int./Div. | K | T | | | | | |
| 6. | Eagle Small Cap Growth Cl A (HRSCX) | A | None | K | T | | | | | |
| 7. | Fidelity Advisor 529 2019 Cl C (FPLCX) | A | Int./Div. | J | T | | | | | |
| 8. | Fidelity Advisor 529 2019 Cl C (FPLCX) | | | | | Buy | 09/14/15 | J | | |
| 9. | Fidelity Advisor 529 2019 Cl C (FPLCX) | | | | | Sold | 11/17/15 | J | A | |
| 10. | Fidelity Advisor 529 Aggressive Growth Cl C (FFCGX) | A | None | J | T | | | | | |
| 11. | Fidelity Advisor 529 Aggressive Growth Cl C (FFCGX) | | | | | Buy | 9/14/15 | K | | |
| 12. | Fidelity Advisor 529 Aggressive Growth Cl C (FFCGX) | | | | | Buy (add'l) | 11/17/15 | J | | |
| 13. | Fidelity Advisor 529 Aggressive Growth Cl C (FFCGX) | | | | | Buy (add'l) | 11/17/15 | J | | |
| 14. | Fidelity Advisor 529 Money Market Cl C (FMMCX) | A | None | J | T | | | | | |
| 15. | Fidelity Advisor 529 Money Market Cl C (FMMCX) | | | | | Buy | 9/14/15 | J | | |
| 16. | Fidelity Advisor 529 Money Market Cl C (FMMCX) | | | | | Sold | 11/17/15 | J | A | |
| 17. | Goldman Sachs Commodity Strategy Cl A (GSCAX) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Goldman Sachs Commodity Strategy Cl A (GSCAX) | | | | | Buy | 05/13/15 | J | | |
| 19. Goldman Sachs Commodity Strategy Cl A (GSCAX) | | | | | Buy (add'l) | 05/13/15 | J | | |
| 20. Invesco Global Real Estate Cl A (AGREX) | A | Dividend | K | T | | | | | |
| 21. Invesco Global Real Estate Cl A (AGREX) | | | | | Sold | 05/13/15 | J | B | |
| 22. Merger Fund Investor Cl (MERFX) | C | Dividend | M | T | | | | | |
| 23. Merger Fund Investor Cl (MERFX) | | | | | Buy | 05/13/15 | K | | |
| 24. Minnesota State Retirement System - Judges' Retirement Plan | A | Int./Div. | N | T | | | | | |
| 25. Oppenheimer Developing Markets Cl A (ODMAX) | A | Int./Div. | K | T | | | | | |
| 26. Oppenheimer Developing Markets Cl A (ODMAX) | | | | | Buy | 05/13/15 | J | | |
| 27. Oppenheimer Developing Markets Cl A (ODMAX) | | | | | Buy (add'l) | 05/13/15 | J | | |
| 28. Oppenheimer Developing Markets Cl A (ODMAX) | | | | | Buy (add'l) | 09/02/15 | J | | |
| 29. Oppenheimer Developing Markets Cl A (ODMAX) | | | | | Sold | 11/16/15 | J | A | |
| 30. Oppenheimer Intl Bond Cl A (OIBAX) | A | Dividend | K | T | | | | | |
| 31. Oppenheimer Steelpath MLP Select 40 Cl A | B | Dividend | K | T | | | | | |
| 32. Pimco Foreign Bond Unhedged Cl A (PURAX) | A | Dividend | L | T | | | | | |
| 33. Pimco Foreign Bond Unhedged Cl A (PURAX) | | | | | Buy | 05/13/15 | J | | |
| 34. Prudential Global Real Estate Cl A (PURAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab Intl Equity ETF (SCHF) | A | Dividend | K | T | | | | | |
| 36. Undiscovered Managers Behavioral Value Cl A (UBVAX) | A | Int./Div. | J | T | | | | | |
| 37. Undiscovered Managers Behavioral Value Cl A (UBVAX) | | | | | Sold | 05/13/15 | K | A | |
| 38. Vanguard FTSE Developed Mkts ETF (VEA) | B | Int./Div. | K | T | | | | | |
| 39. Vanguard FTSE Developed Mkts ETF (VEA) | | | | | Sold | 05/13/15 | J | A | |
| 40. Vanguard FTSE Developed Mkts ETF (VEA) | | | | | Buy | 09/02/15 | J | | |
| 41. Vanguard FTSE Developed Mkts ETF (VEA) | | | | | Sold | 11/16/15 | J | A | |
| 42. Vanguard Value ETF (VTV) | B | Int./Div. | L | T | | | | | |
| 43. Vanguard Value ETF (VTV) | | | | | Buy | 09/02/15 | J | | |
| 44. Vanguard Value ETF (VTV) | | | | | Sold | 11/16/15 | J | B | |
| 45. Wells Fargo Short Term High Yield Bond Cl A (SSTHX) | C | Int./Div. | M | T | | | | | |
| 46. Wells Fargo Short Term High Yield Bond Cl A (SSTHX) | | | | | Buy | 05/13/15 | J | | |
| 47. Wells Fargo Short Term High Yield Bond Cl A (SSTHX) | | | | | Sold | 09/02/15 | K | B | |
| 48. Wells Fargo Short Term High Yield Bond Cl A (SSTHX) | | | | | Buy | 11/16/15 | K | | |
| 49. Vanguard Mid Cap Value ETF (VOE) | A | Int./Div. | K | T | | | | | |
| 50. Vanguard Mid Cap Growth ETF (VOT) | A | Int./Div. | J | T | | | | | |
| 51. Vanguard Growth ETF (VUG) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ericksen, Joan N. | 04/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan N. Ericksen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544